UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Paula Reynolds

                        Plaintiff,

v.                                                Case No.: 1:18–cv–01467
                                                     Honorable Jorge L. Alonso

Bridgecrest Acceptance Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 20, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Parties' agreed motion to stay pending arbitration [9] is granted. Motion hearing date of 4/25/18 is stricken. Status hearing previously set for 4/25/18 is stricken. The Clerk is directed to place this case on the Court's inactive docket pending completion of the pending arbitration proceeding. Parties shall file a motion to move this action back onto the Court's active docket when the state court proceeding is concluded. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.